IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:11-CR-151 |
| vs. | : | HONORABLE WALTER HERBERT RICE |
| MELLO, Samuel J. | : | |
| Defendant | : | |

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on September 22, 2011, to reflect:

- Passive Global Positioning Satellite (GPS) monitor.

In lieu of Radio Frequency (RF) monitoring as originally ordered.

All other conditions remain in full force and effect.

10-21-11
Date

HONORABLE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE