IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SAMUEL JOEL MELLO,

Defendant.

:

:

:

:

:

:

Case No.  3:11cr151

JUDGE WALTER HERBERT RICE

DECISION AND ENTRY REVOKING DEFENDANT'S BOND SET AND
MET SEPTEMBER 22, 2011, AND DIRECTING DEFENDANT TO TURN
HIMSELF IN TO THE NEAREST UNITED STATES MARSHALS OFFICE,
FROM WHERE HE IS TO BE RETURNED FORTHWITH TO DAYTON,
OHIO, FOR SENTENCING

Pursuant to the telephone conference call, held between Court, counsel and

the United States Pretrial Services Officer on August 2, 2012, the Defendant's

bond, set and met September 22, 2011, is revoked.  The Defendant is ordered to

turn himself in to the United States Marshals Office at Fresno, 2500 Tulare Street,

3rd Floor, Fresno, California, not later than 24 hours following the filing of this

Entry.  He is to then be returned to Dayton, Ohio, forthwith, for the purposes of a

bond revocation proceeding and sentencing.

August 2, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Andrew Hunt, AUSA
Arthur Mullins, Federal Public Defender
Patrick Kennedy, U.S. Pretrial Services Officer
United States Marshal